BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SERGEY SHCHIRSKIY, AND VLADISLAV ATAMANYUK, <br><br> Defendants. | CASE NO. 2:14-CR-198 TLN <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: August 28, 2014 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on August 28, 2014.

2. By this stipulation, defendants now move to continue the status conference until October 23, 2014, at 9:30 a.m., and to exclude time between August 28, 2014, and October 23, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as tax documents, bank records and other documents obtained via subpoena. The government estimates that this discovery consists of more than 2,000 pages of documents. All of this discovery is being produced directly to counsel and/or being made available for inspection and copying.

    b) Counsel for defendants desire additional time to consult with their clients, review

the current charges, review the discovery, conduct investigation and research related to the charges, and to otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 28, 2014 to October 23, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  August 21, 2014        BENJAMIN B. WAGNER
                 United States Attorney

                 /s/ MICHELE BECKWITH
                 MICHELE BECKWITH
                 Assistant United States Attorney

Dated:  August 21, 2014         /s/ Danny Brace, Jr.

|  |  |
|---|---|
|  | Danny Brace, Jr.<br>Counsel for Defendant<br>Sergey Shchirskiy |
| Dated:  August 21, 2014 | /s/ Christopher Cosca<br>Christopher Cosca<br>Counsel for Defendant<br>Vladislav Atamanyuk |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of August, 2014.

_____
Troy L. Nunley
United States District Judge