BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-198 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SERGEY SHCHIRSKIY, AND VLADISLAV ATAMANYUK, | DATE: June 25, 2015
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on June 25, 2015.

2. By this stipulation, defendants now move to continue the status conference until July 23, 2015, at 9:30 a.m., and to exclude time between June 25, 2015, and July 23, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as tax documents, bank records and other documents obtained via subpoena. The government estimates that this discovery consists of more than 2,000 pages of documents. All of this discovery is being produced directly to counsel and/or being made available for inspection and copying.

///

b) Counsel for defendant Shchirskiy is set to begin a multi-week federal jury trial this month, and therefore needs additional time to prepare for this case. He needs additional time to consult with his client, review the current charges, review the discovery, conduct investigation and research related to the charges, and to otherwise prepare for trial, if necessary. The codefendants are not severed.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 25, 2015 to July 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 19, 2015                                    BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ MICHELE BECKWITH
                                                        MICHELE BECKWITH
                                                        Assistant United States Attorney

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER                    2

Dated:  June 19, 2015                           /s/ Danny Brace, Jr.
                                                Danny Brace, Jr.
                                                Counsel for Defendant
                                                Sergey Shchirskiy


Dated:  June 19, 2015                           /s/ Christopher Cosca
                                                Christopher Cosca
                                                Counsel for Defendant
                                                Vladislav Atamanyuk


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 19th day of June, 2015.

_____
Troy L. Nunley
United States District Judge