1   BENJAMIN B. WAGNER
United States Attorney
2   MICHELE BECKWITH
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

5

6   Attorneys for Plaintiff
United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          CASE NO.  2:14-CR-198 TLN

12                       Plaintiff,     STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                       v.             FINDINGS AND ORDER

14   SERGEY SHCHIRSKIY, AND             DATE: October 8, 2015
     VLADISLAV ATAMANYUK,               TIME: 9:30 a.m.
15                                      COURT: Hon. Troy L. Nunley
                         Defendants.
16

17

18                             **STIPULATION**

19      1.      By previous order, this matter was set for status on October 8, 2015.

20      2.      By this stipulation, defendants now move to continue the status conference until

21   November 5, 2015, and to exclude time between October 8, 2015, and November 5, 2015, under Local

22   Code T4.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24              a)      The government has represented that the discovery associated with this case

25   includes investigative reports and related documents, as well as tax documents, bank records and

26   other documents obtained via subpoena.  The government estimates that this discovery consists

27   of more than 2,000 pages of documents.  All of this discovery has been produced directly to

28   counsel and/or has been made available for inspection and copying.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND        1
ORDER

1        b)      Counsel for defendant Shchirskiy is currently in trial, and therefore needs

2 additional time to prepare for this case.  He needs additional time to consult with his client,

3 review the current charges, review the discovery, conduct investigation and research related to

4 the charges, and to otherwise prepare for trial, if necessary.  The codefendants are not severed.

5 Additionally, counsel for Atamanyuk needs additional time to investigate the case in light of a

6 pending plea offer.

7        c)      Counsel for defendants believe that failure to grant the above-requested

8 continuance would deny counsel the reasonable time necessary for effective preparation, taking

9 into account the exercise of due diligence.

10        d)      The government does not object to the continuance.

11        e)      Based on the above-stated findings, the ends of justice served by continuing the

12 case as requested outweigh the interest of the public and the defendants in a trial within the

13 original date prescribed by the Speedy Trial Act.

14        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15 et seq., within which trial must commence, the time period of October 8, 2015 to November 5,

16 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

17 T4] because it results from a continuance granted by the Court at defendants' request on the basis

18 of the Court's finding that the ends of justice served by taking such action outweigh the best

19 interest of the public and the defendants in a speedy trial.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5  Dated:  October 2, 2015                      BENJAMIN B. WAGNER
                                                United States Attorney
6

7                                               /s/ MICHELE BECKWITH
                                                MICHELE BECKWITH
8                                               Assistant United States Attorney

9

10  Dated:  October 2, 2015                     /s/ Danny Brace, Jr.
                                                Danny Brace, Jr.
11                                              Counsel for Defendant
                                                Sergey Shchirskiy
12

13

14  Dated:  October 2, 2015                     /s/ Christopher Cosca
                                                Christopher Cosca
15                                              Counsel for Defendant
                                                Vladislav Atamanyuk
16

17

18

19
                              **FINDINGS AND ORDER**
20
    Date: October 5, 2015
21

22

23

24                                                   _____
                                                     Troy L. Nunley
25                                                   United States District Judge

26

27

28

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND        3
ORDER