LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
VLADISLAV ATAMANYUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CR-0198 TLN |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| SERGEY SHCHIRSKIY and VLADISLAV ATAMANYUK, | DATE: February 18, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on February 18, 2016.

2. By this stipulation, defendants now move to continue the status conference until April 7, 2016, and to exclude time between February 18, 2016, and April 7, 2016, at 9:30 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as tax documents, bank records and other documents obtained via subpoena. The government estimates

that this discovery consists of more than 2,000 pages of documents.  This discovery is being produced directly to counsel and/or being made available for inspection and copying.

  b)  Defense counsel need additional time to consult with their clients, review the current charges, review the discovery, conduct investigation and research related to the charges, and to otherwise prepare for trial, if necessary.

  c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d)  The government does not object to the continuance.

  e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 18, 2016 to April 7, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Amended Stipulation and Order Continuing Status Conference

| | |
|---|---|
| Dated: February 16, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Heiko Coppola<br>HEIKO COPPOLA<br>Assistant United States Attorney |
| Dated: February 16, 2016 | /s/ Danny Brace, Jr.<br>DANNY BRACE, JR.<br>Counsel for Defendant<br>Sergey Shchirskiy |
| Dated: February 16, 2016 | /s/ Christopher Cosca<br>CHRISTOPHER COSCA<br>Counsel for Defendant<br>Vladislav Atamanyuk |

## **ORDER**

**IT IS SO ORDERED.**

Dated: February 16, 2016

Troy L. Nunley
United States District Judge