DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Sergey Schirskiy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11-CR-514 TLN |
| --- | --- |
| Plaintiff, | )         2:12-CR-060 TLN |
| | )         2:14-CR-198 TLN |
| vs. | ) |
| | ) STIPULATION REGARDING |
| SERGEY SCHIRSKIY, | ) EXCLUDABLE TIME PERIODS UNDER |
| | ) SPEEDY TRIAL ACT FINDINGS AND |
| Defendant | ) ORDER |

Plaintiff, United States of America, by and through its counsel of record, and the defendant, SERGEY SCHIRSKIY., by and through his counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on May 12, 2016.

2.   By this stipulation, the defendant now moves to continue the status conference until June 30, 2016, at 9:30 a.m., and to exclude time between May 12, 2016 and June 30, 2016 under Local Code T4.  Plaintiff does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find the following:

a.   Defense counsel needs more time to consult with defendant regarding his case to

STIP AND ORDER TO EXTEND TIME - 1

attempt resolution.

  b. Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 12, 2016, to June 30, 2016, at 9:30 a.m. inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date: 5-10-16        By: /s/ Danny D. Brace, Jr.,
               DANNY D. BRACE, JR.,
               Attorney for
               Sergey Shchirskiy

Date:   5-10-16                                    By:/s/Michelle Beckwith
                                                   Authorized to sign for Ms. Beckwith
                                                   On May 10, 2016
                                                   Michelle Beckwith
                                                   Assistant U.S. Attorney


**IT IS SO ORDERED:**

Dated:  May 10, 2016

_____
Troy L. Nunley
United States District Judge