PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SERGEY SHCHIRSKIY,<br><br>                              Defendant. | CASE NO.  2:14-CR-198 TLN<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 12, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

1.      By previous order, this matter was set for status on May 12, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until June 30, 2016, at 9:30 a.m., and to exclude time between May 12, 2016, and June 30, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as tax documents, bank records and other documents obtained via subpoena.  The government estimates that this discovery consists of more than 2,000 pages of documents.  All of this discovery has been produced directly to counsel and/or has been made available for inspection and copying.

        b)      Counsel for defendant Shchirskiy is currently in trial, and therefore needs

1    additional time to prepare for this case.  The discovery in this case consists of more than two

2    thousand pages of documents.  He needs additional time to consult with his client, review the

3    current charges, conduct investigation and research related to the charges, review the discovery,

4    and to otherwise prepare for trial, if necessary.

5           c)      Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny counsel the reasonable time necessary for effective preparation, taking

7    into account the exercise of due diligence.

8           d)      The government does not object to the continuance.

9           e)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of May 12, 2016 to June 30, 2016,

14   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

15   because it results from a continuance granted by the Court at defendant's request on the basis of

16   the Court's finding that the ends of justice served by taking such action outweigh the best interest

17   of the public and the defendant in a speedy trial.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4           IT IS SO STIPULATED.

5    Dated:  May 10, 2016                              PHILLIP A. TALBERT
                                                       Acting United States Attorney
6

7                                                      /s/ MICHELE BECKWITH
                                                       MICHELE BECKWITH
8                                                      Assistant United States Attorney

9

10   Dated:  May 10, 2016                              /s/ Danny Brace, Jr.
                                                       Danny Brace, Jr.
11                                                     Counsel for Defendant
                                                       Sergey Shchirskiy
12

13

14

15

16                                  **FINDINGS AND ORDER**

17           IT IS SO FOUND AND ORDERED this 10th day of May, 2016.

18

19

20

21                                                     Troy L. Nunley
22                                                     United States District Judge

23

24

25

26

27

28