PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>SERGEY SHCHIRSKIY,<br><br>      Defendant. | CASE NO.  2:14-CR-198 TLN<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 29, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

1.  By previous order, this matter was set for status on September 29, 2016.

2.  By this stipulation, defendants now move to continue the status conference until October 13, 2016, at 9:30 a.m., and to exclude time between September 29, 2016, and October 13, 2016, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as tax documents, bank records and other documents obtained via subpoena.  The government estimates that this discovery consists of more than 2,000 pages of documents.  All of this discovery has been produced directly to counsel and/or has been made available for inspection and copying.

    b)  Counsel for defendant Shchirskiy is currently in trial, and therefore needs

additional time to prepare for this case.  The discovery in this case consists of more than two thousand pages of documents.  He needs additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, review the discovery, and to otherwise prepare for trial, if necessary.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 29, 2016 to October 13, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 27, 2016                    PHILLIP A. TALBERT
                                             Acting United States Attorney


                                             /s/ MICHELE BECKWITH
                                             MICHELE BECKWITH
                                             Assistant United States Attorney


Dated:  September 27, 2016                    /s/ Danny Brace, Jr.
                                             Danny Brace, Jr.
                                             Counsel for Defendant
                                             Sergey Shchirskiy



## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of September, 2016.




                                             Troy L. Nunley
                                             United States District Judge