PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   Plaintiff,   v.   SERGEY SHCHIRSKIY,   Defendant. | CASE NO. 2:14-CR-198 TLN   AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER   DATE: December 8, 2016   TIME: 9:30 a.m.   COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

1.    By previous order, this matter was set for status on December 8, 2016.

2.    By this stipulation, defendants now move to continue the status conference until the trial confirmation hearing currently set for June 15, 2017, at 9:30 a.m.  On October 13, 2016, this Court excluded time between that date and the trial date, currently set for July 24, 2017 under Local Code T4 for attorney preparation.

3.    To reaffirm the time exclusion made on October 13, 2016, the parties agree and stipulate, and request that the Court find the following:

   a)    The government has represented that the discovery associated with this case includes investigative reports and related documents, as well as tax documents, bank records and other documents obtained via subpoena.  The government estimates that this discovery consists of more than 2,000 pages of documents.  All of this discovery has been produced directly to counsel and/or has been made available for inspection and copying.

  b)   Counsel for defendant Shchirskiy has had multiple state court matters and trials since the last status conference in this case on October 13, 2016. Due to his trial schedule, the voluminous nature of discovery in this case, and the fact that counsel represents this defendant in two other pending federal cases also set for trial in 2017, he needs additional time to prepare for this case. He needs additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, review the discovery, and to otherwise prepare for trial.

  c)   The continuance previously granted by the Court, and the period of time previously excluded, provide counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d)   Based on the above-stated findings, and for the reasons set forth on the record at the October 13, 2016 hearing, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  e)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2016 to July 24, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 6, 2016　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: December 6, 2016　　　　　　　　　　/s/ DANNY BRACE, JR.
　　　　　　　　　　　　　　　　　　　　　　DANNY BRACE, JR.
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　Sergey Shchirskiy

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 6th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　United States District Judge